## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| XAVIER HERSOM and JOHN DOE,<br><br>                Plaintiffs,<br><br>    v.<br><br>BILL J. CROUCH, in his official capacity as Cabinet Secretary of the West Virginia Department of Health and Human Resources; AYNE AMJAD, in her official capacity as Commissioner for the West Virginia Department of Health and Human Resources, Bureau of Public Health, and State Health Officer; and MATTHEW WICKERT, in his official capacity as the State Registrar for Vital Statistics,<br><br>                Defendants. | Civil Action No.:  2:21-cv-00450 |

## [PROPOSED] ORDER OF PROTECTOIN ALLOWING PLAINTIFF JOHN DOE TO PROCEED ANONYMOUSLY

This matter having come before the Court on Plaintiff John Doe's motion to proceed anonymously and the Court having reviewed Plaintiff's motion and for good cause shown, it is hereby ORDERED:

1. Plaintiff John Doe is permitted to bring this action as John Doe to protect his identity from public disclosure;

2. In all publicly-filed documents, Plaintiff John Doe shall only be identified as John Doe;

3. All documents filed with this Court that contain the actual name of Plaintiff John Doe or contain information that identifies him, directly or indirectly, shall be filed under seal;

4. Upon request, Plaintiff John Doe will disclose his identity to counsel for Defendants;

10

5. Counsel for Defendants may disclose Plaintiff John Doe's identity to the Defendants, their agents, and to any experts retained in this case, but only to the extent necessary to litigate this action;

6. Every individual to whom disclosure of Plaintiff John Doe's identity is made shall read and be bound by this Order. Counsel for Defendants shall ensure that persons to whom disclosure is made under paragraphs 4 and 5 above are aware of this Order; and

7. Under no other circumstances shall any party or any other person disclose Plaintiff John Doe's identity without his counsel's written consent.

IT IS SO ORDERED.

_____

U.S. District Judge

Dated August ____, 2021