IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

XAVIER HERSOM, et al.,

        Plaintiffs,

v.                                          CIVIL ACTION NO.  2:21-cv-00450

BILL J. CROUCH, et al.,

        Defendants.

## ORDER AND NOTICE

Pursuant to the *Local District Court Rules*, the court **ORDERS** that the following dates be fixed as the times by or on which certain events must occur:

09-30-21    Motions under *Fed. R. Civ. P.* 12(b), together with supporting briefs, memoranda, affidavits or other such matter in support thereof.  (All motions unsupported by memoranda will be denied without prejudice pursuant to *L.R.* 7.1(a).)

10-13-21    Last day for Rule 26(f) meeting.

10-20-21    Last day to file report of Rule 26(f) meeting C See *L.R.* 16.1(b) and *Fed. R. Civ. P.* Form 35.

11-03-21    Scheduling conference at **9:00 a.m**. before the United States District Judge Joseph R. Goodwin at the Robert C. Byrd United States Courthouse, 300 Virginia Street East, **Room 6610** (Library/Conference Room), Charleston, West Virginia.  All lead and/or local counsel are directed to appear in person, and all out-of-town counsel may appear by telephone.   At the scheduling/status conference, the parties shall be prepared to discuss the following:

    (a)    the discovery to be completed and the amount of time necessary for its completion;
    (b)    the further formulation and simplification of issues, including possible elimination of claims or defenses;

|     |     |
| --- | --- |
| (c) | the possibility of entering into stipulations regarding issues for trial; |
| (d) | the possibility of obtaining admissions regarding facts and documents; and |
| (e) | other matters that will assist the parties in reaching a final resolution of this matter. |

11-08-21   Entry of scheduling order.

11-15-21   Last day to make Rule 26(a)(1) disclosures.

The provisions of FR Civ P 14 and 15 with respect to the time in which to file third-party claims and to amend pleadings without leave of court are not affected by this Order and Notice. Pursuant to LR Civ 16.1 and 73.1, the parties are informed of their opportunity to consent to the exercise by a magistrate judge of civil jurisdiction over the case, including entry of judgment, as authorized by 28 U.S.C. § 636. The parties may consent by filing a Consent to Jurisdiction by a United States Magistrate Judge (FRCiv P Form 34), or by so indicating on the Report of Parties' Planning Meeting and Scheduling Order Worksheet, all of which are available on the court's website.

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented parties.

ENTER:   September 9, 2021

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE