IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

XAVIER HERSOM, et al.,

        Plaintiffs,

v.                            CIVIL ACTION NO.  2:21-cv-00450

BILL J. CROUCH, et al.,

        Defendants.

ORDER

Pursuant to the accompanying Memorandum Opinion and Order granting Plaintiff John Doe's Motion to Proceed Anonymously, the court further **ORDERS** the following:

1. Plaintiff John Doe is permitted to bring this action as John Doe to protect his identity from public disclosure.

2. In all publicly-filed documents, Plaintiff John Doe shall only be identified as John Doe;

3. All documents filed with this court that contain the actual name of Plaintiff John Doe or contain information that identifies him, directly or indirectly, shall be filed under seal;

4. Upon request, Plaintiff John Doe shall disclose his identity to counsel for Defendants;

5. Counsel for Defendants may disclose Plaintiff John Doe's identity to the Defendants, their agents, and to any experts retained in this case,

but only to the extent necessary to litigate this action;

6. Every individual to whom disclosure of Plaintiff John Doe's identity is made shall read and be bound by this Order. Counsel for Defendants shall ensure that persons to whom disclosure is made under paragraphs four and five above are aware of this Order; and

7. Under no other circumstances shall any party or any other person disclose Plaintiff John Doe's identity without his counsel's written consent.

The court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

ENTER:   March 28, 2022

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE