IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

XAVIER HERSOM, et al.,

        Plaintiffs,

v.                                  CIVIL ACTION NO.   2:21-cv-00450

BILL J. CROUCH, et al.,

        Defendants.

### ORDER

Pending before the court is the parties Joint Motion to Hold Matter in Abeyance. [ECF No. 36]. The parties represent to the court that they expect to negotiate a settlement on or before August 22, 2022. [ECF No. 36, at ¶ 4]. They further represent that they make this request in good faith and not for the purpose of delay. *Id.* at ¶ 5. For good cause shown, I **GRANT** the parties' motion to hold the matter in abeyance and stay all deadlines. This matter is therefore **HELD IN ABEYANCE** until August 22, 2022.

The court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

                ENTER:        July 21, 2022

                              _____
                              JOSEPH R. GOODWIN
                              UNITED STATES DISTRICT JUDGE