IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

XAVIER HERSOM, et al.,

        Plaintiffs,

v.                              CIVIL ACTION NO. 2:21-cv-00450

BILL J. CROUCH, et al.,

        Defendants.

## ORDER

Pending before the Court is the parties' motion to continue the Court's July 22, 2022 order, holding this matter in abeyance until August 22, 2022. [ECF No. 38]. The parties represent that they have negotiated a settlement agreement and require additional time to execute the agreement and to allow Defendants to make the required payment for the agreed upon settlement amount. *Id.* The parties further represent that per the terms of their agreement, Plaintiffs will voluntarily dismiss their lawsuit within ten business days of receiving payment. *Id.* For good cause shown, I **GRANT** the parties' motion to continue holding this matter in abeyance for an additional sixty days. Accordingly, this matter is **HELD IN ABEYANCE** until Friday, October 28, 2022.

The court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

        ENTER:    August 29, 2022

                              JOSEPH R. GOODWIN
                              UNITED STATES DISTRICT JUDGE